O

FILED
CLERK, U.S. DISTRICT COURT
JAN 17 2023
CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                            )<br>            Plaintiff,      )<br>                            )<br>    vs.                     )<br>                            )<br> Ricardo Garcia Martin,     )<br>                            )<br>            Defendant.      )<br>_____) | Case No.: MJ 23-174-DUTY<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)] |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Southern District/California for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.  (✓)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on close family ties to Mexico, absconder status, use of

1 <u>numerous personal identifiers, ~~no known~~ insufficient bail resources,</u>
2 <u>recent history of travel to Mexico,</u>
3 _____

4 and/or

5 B. ( ) The defendant has not met his/her burden of establishing by
6 clear and convincing evidence that he/she is not likely to pose
7 a danger to the safety of any other person or the community if
8 released under 18 U.S.C. § 3142(b) or (c). This finding is based
9 on:_____
10 _____
11 _____
12 _____

14 IT THEREFORE IS ORDERED that the defendant be detained pending
15 the further revocation proceedings.

17 Dated: *Jan. 17, 2023*  /s/ Jean Rosenbluth
18 JEAN ROSENBLUTH
U.S. MAGISTRATE JUDGE

2